IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISON

| | |
|---|---|
| TAYLOR ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No: 9:23-cv-86-MJT |
| NATIONAL CREDIT ADJUSTERS, ) | |
| LLC ) | |
| ) | |
| & ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| & ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC ) | |
| ) | |
| & ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC. ) | |
| ) | |
| & ) | |
| ) | |
| TRANS UNION, LLC ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT**
**TRANS UNION, LLC**

COMES NOW, Plaintiff Taylor Robinson, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Trans Union, LLC in this matter.

1. Plaintiff and Defendant Trans Union, LLC have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

1

2.	The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3.	The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to Trans Union, LLC, along with any other relief the Court deems just and proper.

Dated: June 7, 2023

Respectfully Submitted,

**HALVORSEN KLOTE**

By:   /s/ Joel Halvorsen

Joel S. Halvorsen, #67032
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
joel@hklawstl.com
*Attorneys for Plaintiff*