# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISON

| | |
|---|---|
| TAYLOR ROBINSON, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NATIONAL CREDIT ADJUSTERS, )<br>LLC, ET AL )<br>)<br>)<br>Defendants. | Case No: 9:23-cv-86-MJT |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### EQUIFAX INFORMATION SERVICES, LLC

COMES NOW, Plaintiff Taylor Robinson, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Equifax Information Services, LLC, in this matter.

1. Plaintiff and Defendant Equifax Information Services, LLC, have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a stipulation of dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a stipulation of dismissal as to Equifax Information Services, LLC, along with any other relief the Court deems just and proper.

Dated: July 13, 2023

                                  Respectfully Submitted,

                                  **HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen

          Joel S. Halvorsen, #67032
          680 Craig Road, Suite 104
          St. Louis, MO  63141
          P: (314) 451-1314
          F: (314) 787-4323
          joel@hklawstl.com
          *Attorneys for Plaintiff*