## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISON

| | | |
|---|---|---|
| TAYLOR ROBINSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 9:23-cv-86-MJT |
| v. | ) | |
| | ) | |
| NATIONAL CREDIT ADJUSTERS, | ) | |
| LLC, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff Taylor Robinson and Defendant Equifax Information Services, LLC, by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant Equifax Information Services, LLC with each party to bear its own attorney's fees and costs.

Dated: August 21, 2023

**HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen
      Joel S. Halvorsen, #67032
      680 Craig Road, Suite 104
      St. Louis, MO  63141
      P: (314) 451-1314
      F: (314) 787-4323
      joel@hklawstl.com
      *Attorneys for Plaintiff*

**CLARK HILL**

By:    /s/Forrest M. Seger (with consent)
      Forrest Mathew Seger, III
      Clark Hill PLC
      2301 Broadway St.
      San Antonio, TX 78215
      210-250-6162
      Fax: 210-250-6100
      Email: TSeger@clarkhill.com

## <u>CERTIFICATE OF SERVICE</u>

    The undersigned signature below is certification that a true and correct copy of this document was sent via court's electronic filing system this 21 August 2023, to all counsel of record.


*/s/ Joel S. Halvorsen*