IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TAYLOR ROBINSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 9:23-CV-00086 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC (hereinafter the "Parties")'s Joint Stipulation of Dismissal with Prejudice. [Dkt. 20]. The Parties are seeking a dismissal with prejudice as to Plaintiff's remaining claims against Defendant Equifax in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that Plaintiff's remaining claims in this matter are hereby **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all remaining pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 24th day of August, 2023.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge